| United States District Court<br>Western District of Washington | No.   2:19-cv-1717 |
|---|---|
| Rickey P. Moore, Plaintiff,<br><br>vs.<br><br>United States, Defendant. | **Complaint** |

Plaintiff Rickey P. Moore brings this action against the United States and makes the following allegations and complaints:

## I. PARTIES

1. Plaintiff Rickey P. Moore is an individual residing in Federal Way, King County, Washington.

2. Defendant United States is the United States of America.

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

II. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1346 (United States as defendant). The plaintiff resides within the Western District of Washington. This Court has venue under 28 U.S.C. § 1391(e)(1).

III. FACTS

1. In 1972, Mr. Moore was convicted of misdemeanor battery on a police officer in San Bernardino, CA.

2. In 2018, Mr. Moore attempted to purchase a firearm in Washington state. The FBI/NICS denied Mr. Moore's attempt.

3. RCW 9.41.010(8) defines "felony" as "any felony offense under the laws of this state or any federal or out-of-state offense comparable to a felony offense under the laws of this state." Mr. Moore's conviction for misdemeanor battery on a police officer in CA is equivalent in WA to a conviction for assault 3, a class C felony, under RCW 9A.36.031. This made Mr. Moore a prohibited person under WA state law.

4. In December 2018, Mr. Moore had his WA state firearm rights restored under RCW 9.41.040(4) by the King County Superior Court.

5. Subsequent to having his WA state firearm rights restored, Mr. Moore attempted another purchase.

6. The FBI/NICS denied this purchase also. Mr. Moore appealed the denial, and the FBI/NICS mailed a response stating that Mr. Moore is prohibited by federal law because he has a felony conviction in CA for battery on a police officer.

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

Complaint - Page 2 of 4

7. Included with the FBI/NICS's response was a copy of Mr. Moore's CA rap sheet.

8. Mr. Moore's CA rap sheet is contradictory because it lists his conviction for assault on a police officer as a felony in one place, but as a misdemeanor in another place.

9. The NTN # from this transaction is 100XPBDFM.

10. Mr. Moore has taken significant efforts to contact the relevant agencies in CA to provide for more documentation regarding the classification of his conviction.

11. Due to the age of the case, there are no documents available from any agencies besides the rap sheet.

12. It is Mr. Moore's contention, based on his memory, that his conviction in CA was classified as a misdemeanor.

13. In light of the contradiction posed by the CA rap sheet and the failure to resolve this contradiction, the FBI/NICS's denial is wrongful. The correct result of this transaction should have been an unresolved delay.

IV. CAUSES OF ACTION

1. 18 U.S.C. § 925A grants a cause of action to an individual wrongfully denied on a firearm transaction. The FBI/NICS erroneously denied Mr. Moore's firearm transaction.

V. REQUESTED RELIEF

1. That the Court order the FBI/NICS to put the transaction into proceed or delay status.

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com

2. That the Court prohibit FBI/NICS from denying Mr. Moore on this specific basis in the future.

3. That the Court award Mr. Moore his attorney's fees and costs.

4. Any other legal or equitable relief as the Court sees fit.


Respectfully submitted,

*/s/ Vitaliy*
_____

Vitaliy Kertchen WSBA#45183
Attorney for Mr. Moore
Date: 10/24/19

917 S 10th St
Tacoma, WA 98405
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com