1

The Honorable James L. Robart

2

3

4

5

6

7        UNITED STATES DISTRICT COURT FOR THE
         WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9

RICKEY P. MOORE,
10                                          CASE NO.  C19-1717-JLR

                  Plaintiff,
11        v.                                STIPULATED MOTION AND
                                            ~~PROPOSED~~ ORDER FOR
12   UNITED STATES OF AMERICA,              TEMPORARY STAY
                                            OF CASE
13                Defendant.
                                            **Noted for consideration:**
14                                          **December 27, 2019**

15

16                        <u>**JOINT STIPULATED MOTION**</u>

17        The parties, by and through their counsel of record, hereby STIPULATE AND AGREE

18   that this case should be stayed for good cause, and respectfully move this Court to stay this case

19   for 60 days, from December 27, 2019 until February 25, 2020. The parties agree that good cause

20   exists for the stay because defendant has represented to plaintiff that he will be granted the relief

21   he seeks from this lawsuit, but the parties need additional time to finalize processing of plaintiff's

22   request.  Once plaintiff has received the relief he seeks, the parties will immediately notify the

23   Court and plaintiff will voluntarily dismiss this case.  If for any reason plaintiff believes that

24

STIPULATION AND PROPOSED ORDER FOR
TEMPORARY STAY OF CASE [CASE NO.  C19-1717-JLR] - 1

1   defendant has not granted the relief he seeks from this lawsuit by February 25, 2020, the parties

2   will also notify the Court, and defendant will respond to plaintiff's complaint by February 25,

3   2020.  Accordingly, the parties respectfully request that the Court grant this stipulated motion.

4

5          DATED this 27th day of December, 2019.

6

7   VITALIY KERTCHEN, ESQ.                        BRIAN T. MORAN
                                                  United States Attorney

8    s/ Vitaliy Kertchen                          s/ Kristen R. Vogel
     VITALIY KERTCHEN, WSBA No. 45183            KRISTEN R. VOGEL, NYBA No. 5195664
9    Kertchen Law PLLC                           Assistant United States Attorney
     917 S 10th St.                              United States Attorney's Office
10   Tacoma, WA 98405                            700 Stewart Street, Suite 5220
     Phone: (253) 905-8415                       Seattle, WA  98101-1271
11   Email: vitaliy@kertchenlaw.com              Phone:  206-553-7970
                                                 Fax:  206-553-4067
12   Attorney for Plaintiff                      Email:  kristen.vogel@usdoj.gov

13                                               Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND PROPOSED ORDER FOR
TEMPORARY STAY OF CASE [CASE NO.  C19-1717-JLR] - 2

1

## **<u>ORDER</u>**

2        The parties having so stipulated and agreed, it is hereby **SO ORDERED** that this case is

3    stayed until February 25, 2020.

4

5        DATED this ___2ᴺᴰ___ day of ~~December, 2019~~ Jᴀɴᴜᴀʀʏ, 2020.

6
                                        _____
7                                        JAMES L. ROBART
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND PROPOSED ORDER FOR
TEMPORARY STAY OF CASE [CASE NO.  C19-1717-JLR] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970