The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKEY P. MOORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C19-1717-JLR<br><br>STIPULATED MOTION AND PROPOSED ORDER FOR TEMPORARY STAY OF CASE<br><br>**Noted for consideration:<br>February 24, 2020** |

## JOINT STIPULATED MOTION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE that this case should be stayed for good cause, and respectfully move this Court to stay this case for 30 days, February 25, 2020 to March 26, 2020. The parties agree that good cause exists for the stay because defendant has recently mailed to plaintiff the relief he seeks from this lawsuit in the form of a UPIN, but plaintiff needs additional time to verify that this UPIN allows him to proceed with purchase of a firearm. Once plaintiff has verified that he has successfully received

STIPULATION AND PROPOSED ORDER FOR
TEMPORARY STAY OF CASE [CASE NO. C19-1717-JLR] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

the relief he seeks, he will voluntarily dismiss this lawsuit. Accordingly, the parties respectfully request that the Court grant this stipulated motion.

DATED this 24th day of February, 2020.

| | |
|---|---|
| VITALIY KERTCHEN, ESQ. | BRIAN T. MORAN<br>United States Attorney |
| *s/ Vitaliy Kertchen*<br>VITALIY KERTCHEN, WSBA No. 45183<br>Kertchen Law PLLC<br>917 S 10th St.<br>Tacoma, WA 98405<br>Phone: (253) 905-8415<br>Email: vitaliy@kertchenlaw.com<br><br>Attorney for Plaintiff | *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NYBA No. 5195664<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: kristen.vogel@usdoj.gov<br><br>Attorney for Defendant |

STIPULATION AND PROPOSED ORDER FOR
TEMPORARY STAY OF CASE [CASE NO. C19-1717-JLR] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED** that this case is stayed until March 26, 2020.

DATED this 24th day of Feb., 2020.

JAMES L. ROBART
United States District Judge

STIPULATION AND PROPOSED ORDER FOR
TEMPORARY STAY OF CASE [CASE NO. C19-1717-JLR] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970