The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICKEY P. MOORE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C19-1717-JLR<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii) and Order<br><br>Noted for consideration:<br>February 25, 2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant United States of America pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

//

//

//

//

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(A)(1)(A)(ii)
[CASE NO. C19-1717-JLR] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | Executed this 25th day of February, 2020.

| | |
|---|---|
| VITALIY KERTCHEN, ESQ. | BRIAN T. MORAN<br>United States Attorney |
| *s/ Vitaliy Kertchen*<br>VITALIY KERTCHEN, WSBA No. 45183<br>Kertchen Law PLLC<br>917 S 10th St.<br>Tacoma, WA 98405<br>Phone: (253) 905-8415<br>Email: vitaliy@kertchenlaw.com | *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NYBA No. 5195664<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: kristen.vogel@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendant |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.
41(A)(1)(A)(ii)
[CASE NO. C19-1717-JLR] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 26th day of Feb., 2020.

JAMES L. ROBART
United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii)
[CASE NO. C19-1717-JLR] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970